**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 17-2568-JFW(JEMx)**                                    Date: November 6, 2017

Title:     Mayflower Transit, LLC -v- Robert Hampton, et al.

---

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  Shannon Reilly                                      None Present
  Courtroom Deputy                                    Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                              None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

In the Court's Scheduling and Case Management Order ("CMO"), the Court set November 6, 2017 as the last day to conduct a Settlement Conference, and November 9, 2017 as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Declaration of Gregg S. Garfinkel re: Status of Court-Ordered Private Mediation, filed November 3, 2017 [Docket No. 23], Defendant, Mindy Hampton, has violated the Court's CMO by refusing to complete the Settlement Conference by the Court ordered deadline of November 6, 2017.

Accordingly, Defendant, Mindy Hampton, is ordered to show cause in writing by **November 8, 2017** why the Court should not impose sanctions in the amount of $1,500.00 against her counsel or why the Court should not strike her Answer and enter default judgment for violating of the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and entry of default judgment against Defendant Mindy Hampton.

  IT IS SO ORDERED.